**Richard E. Grabowski, State Bar # 236207**
rgrabowski@mckinleyville.net
**Attorney At Law**
**1161 Vista Drive**
**McKinleyville, CA 95519**
Telephone: (707) 771-9585
Facsimile:  (707) 839-2684

**Attorney for Plaintiff,  MARSHALL LOSKOT**

**Lucy Bedolla Mejia  (State Bar No. 149205)**
**THE MEJIA LAW FIRM, INC.**
**851 Cherry Avenue, Suite 27-414**
**San Bruno, CA  94066**
Telephone:     (650) 616-8400
Facsimile:      (650) 616-8500

**Attorneys for Defendants**
**ISAAC M. MEJIA, HERLINDA C. MEJIA,**
**And ISAAC C. MEJIA, dba DON PICO'S**
**RESTAURANT, and ANSTELL RICOSSA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,                )<br>                                                        )<br>        Plaintiff,                       )<br>v.                                                 )<br>                                                        )<br>ISAAC M. MEJIA, HERLINDA C.   )<br>MEJIA, and ISAAC C. MEJIA, dba  )<br>DON PICO'S RESTAURANT, and    )<br>ANSTELL RICOSSA and DOES ONE )<br>to FIFTY, inclusive,                        )<br>                                                        )<br>        Defendants.                   )<br>_____  ) | Case No.  3:10-CV-03936-EDL<br><br>STIPULATION TO EXTEND<br>TIME TO RESPOND;<br>DECLARATION; [P̶R̶O̶P̶O̶S̶E̶D̶]<br>ORDER |

Pursuant to United States District Court, Northern District Local Rule 6-2, Plaintiff Marshall Loskot ("Plaintiff") and Defendants Isaac M. Mejia, Herlinda C. Mejia, Isaac C. Mejia and Anstell Ricossa ("Defendants") submit the following stipulation extending the time to respond to Plaintiff's Complaint.

The Complaint was originally filed on September 1, 2010. On or about October 13, 2010, Plaintiff granted Defendants an extension of time to respond to November 10, 2010. On November 5, 2010, Defendants requested, and Plaintiff granted Defendants a further extension of time to respond to December 10, 2010, subject to the Court's approval by Court Order. A Case Management Conference has not yet been scheduled.

IT IS HEREBY AGREED that Defendants have an extension of time until December 10, 2010, to file an answer to the Complaint, subject to approval by the Court.

IT IS SO STIPULATED.

Dated:   November 8, 2010                             /s/Richard E. Grabowski
                                                                        **RICHARD E. GRABOWSKI**
                                                                        **Attorney for Plaintiff**
                                                                        **MARSHALL LOSKOT**


Dated:   November ____, 2010                      **THE MEJIA LAW FIRM, INC.**


                                                                By: _____
                                                                        **LUCY BEDOLLA MEJIA**
                                                                        **Attorneys for Defendants**
                                                                        **ISAAC M. MEJIA, HERLINDA C. MEJIA,**
                                                                        **and ISAAC C. MEJIA, dba DON PICO'S**
                                                                        **RESTAURANT, and ANSTELL RICOSSA**

1  The Complaint was originally filed on September 1, 2010. On or about October 13, 2010,
2  Plaintiff granted Defendants an extension of time to respond to November 10, 2010. On November 5,
3  2010, Defendants requested, and Plaintiff granted Defendants a further extension of time to respond to
   December 10, 2010, subject to the Court's approval by Court Order. A Case Management Conference
4  has not yet been scheduled.

5  IT IS HEREBY AGREED that Defendants have an extension of time until December 10, 2010,
6  to file an answer to the Complaint, subject to approval by the Court.

7  IT IS SO STIPULATED.

Dated:    November ___, 2010

                                          _____
                                          RICHARD E. GRABOWSKI
                                          Attorney for Plaintiff
                                          MARSHALL LOSKOT

Dated:    November 8, 2010

                                          THE MEJIA LAW FIRM, INC.

                                    By:   _____
                                          LUCY BEDOLLA MEJIA
                                          Attorneys for Defendants
                                          ISAAC M. MEJIA, HERLINDA C. MEJIA,
                                          and ISAAC C. MEJIA, dba DON PICO'S
                                          RESTAURANT, and ANSTELL RICOSSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, ) | Case No. 3:10-CV-03936-EDL |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER |
| v. ) | EXTENDING TIME TO |
| ) | ANSWER |
| ISAAC M. MEJIA, HERLINDA C. ) | |
| MEJIA, and ISAAC C. MEJIA, dba ) | |
| DON PICO'S RESTAURANT, and ) | |
| ANSTELL RICOSSA and DOES ONE ) | |
| to FIFTY, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND**

The request of Plaintiff and Defendants for an order granting a further extension of time for Defendants to respond to the Complaint in this case was considered by this Court on November 10, 2010, by the Honorable Elizabeth D. Laporte.

Having considered the Stipulation to the extension submitted by the parties, as well as the Declaration of Counsel submitted therewith, and good cause having been shown to the satisfaction of the Court that the request should be granted,

1  IT IS ORDERED that the Defendants in this case be and hereby are granted an extension to
2  December 10, 2010, to answer the Complaint.
3  IT IS SO ORDERED.
4
5  Dated:



6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28